# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **Elvia Garcia, Marylu Garcia, Agustin Garcia, Armando Aguilar, Jorge Luis Aguilera, Jose Humberto Aguilera, Heron Alaniz, Jose Luis Alvarez, Jose Francisco Escobedo, Victor Flores-Galvan, Francisco Garcia, Israel Becerra-Garcia, Cresencio Jaime-Cantu, Luis Jimenez, Jose Luis Loza, Pedro Macias, Octavio Martinez, Israel Mata, Joas Perez-Guzman, Alejandro Robledo, Esteban Robledo, Maria Guadalupe Robledo, Jose Luis Rodriguez, Arturo Sanchez-Botello, Lorenzo Silva, and David Montalvo,** | |
| **Plaintiffs,** | **CIVIL ACTION NO. 1:13-cv-84** |
| **v.** | **JURY TRIAL DEMANDED** |
| **Lewis Marshall Bailey IV d/b/a Lewis M. Bailey IV Farms, Lewis Marshall Bailey III d/b/a Lewis M. Bailey IV Farms, and Jesus Cervantes,** | **HON. ANDREW S. HANEN** |
| **Defendants.** | |

## PLAINTIFFS' SECOND AMENDED COMPLAINT

### PRELIMINARY STATEMENT

1.      This is an action for damages brought by twenty-six migrant agricultural

workers from the Rio Grande Valley in Texas against Defendant agricultural employers

and farm labor contractor.  This action is based on Defendants' violations of Plaintiffs'

rights under the federal Migrant and Seasonal Agricultural Worker Protection Act, 29

U.S.C. §§ 1801 *et seq.* (hereinafter "AWPA"), Title VII of the Civil Rights Act of 1964,

*Plaintiffs' Second Amended Complaint*                                          *Page 1 of 29*

as amended, 42 U.S.C. §2000e *et seq.* (hereinafter "Title VII"), 42 U.S.C. § 1981 (hereinafter "Section 1981"), Texas contract law, and Mississippi tort law.

2.      In May of 2012, Defendants recruited and transported Plaintiffs from Texas to Mississippi for the purposes of employment planting sweet potatoes.  Defendants violated their obligations to these workers under federal employment and civil rights laws, and Texas and Mississippi state laws, by, among other things, breaking promises made at the time of recruitment regarding the work and pay, discriminating against workers on the basis of their race and/or national origin, sexually harassing female workers, placing workers in deplorable and inhumane living conditions, denying access to toilets, and otherwise failing to meet even minimal standards regarding workers' recruitment, transportation, and employment.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 (conferring jurisdiction over claims arising under the laws of the United States) and 28 U.S.C. § 1337 (conferring jurisdiction over claims arising under acts of Congress regulating commerce) 28 U.S.C. § 1343 (conferring jurisdiction over claims involving civil rights); 29 U.S.C. § 1854(a) (conferring jurisdiction over claims arising under the AWPA); and 42 U.S.C. §2000e-5(f)(e) (conferring jurisdiction over claims involving Title VII).

4.      This Court has supplemental jurisdiction over Plaintiffs' claims arising under the laws of Texas and Mississippi pursuant to 28 U.S.C. § 1367 because they are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

5.      This Court has personal jurisdiction over Defendants.

6.      This Court is empowered to issue a declaratory judgment and further necessary or proper relief pursuant to 28 U.S.C. §§ 2201 and 2202.

7.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2)-(3) and 29 U.S.C. § 1854(a).

## PARTIES

8.      Plaintiffs Armando Aguilar, Jorge Luis Aguilera, Jose Humberto Aguilera, Heron Alaniz, Jose Luis Alvarez, Jose Francisco Escobedo, Victor Flores-Galvan, Agustin Garcia, Elvia Garcia, Francisco Garcia, Israel Becerra Garcia, Marylu Garcia, Cresencio Jaime Cantu, Luis Jimenez, Jose Luis Loza, Pedro Macias, Octavio Martinez, Israel Mata, David Montalvo, Joas Perez-Guzman, Alejandro Robledo, Esteban Robledo, Maria Guadalupe Robledo, Jose Luis Rodriguez, Arturo Sanchez-Botello, and Lorenzo Silva are natural persons whose permanent place of residence is Texas.

9.      Some Plaintiffs speak and read only Spanish.

10.     At all times relevant to this action, Plaintiffs were "migrant agricultural worker[s]" within the meaning of the AWPA, 29 U.S.C. § 1802(8)(A).

11.     At all times relevant to this action, Plaintiffs were employees of Defendants Lewis Marshall Bailey III and Lewis Marshall Bailey IV (hereinafter jointly referred to as "Grower Defendants") within the meaning of Title VII, 42 USC §2000e(f).

12.     All Plaintiffs are Hispanic/Latino and of Mexican/Mexican-American national origin.

13.     Defendant Jesus ("Chuy") Cervantes is a natural person domiciled in Brownsville, Texas.

14.     At all times relevant to this action, Defendant Cervantes was a "farm labor contractor" ("FLC") within the meaning of the AWPA, 29 U.S.C. § 1802(7).

15.     At all times relevant to this action, Defendant Cervantes acted as an agent of Defendants Lewis Marshall Bailey III and Lewis Marshall Bailey IV.

16.     Defendant Lewis Marshall Bailey III (a.k.a "Sonny") is a natural person domiciled in or around Bruce, Mississippi.  On information and belief, Defendant Lewis Marshall Bailey III does business as Lewis M. Bailey IV Farms, which has its principal place of business in Calhoun County, Mississippi.

17.     Defendant Lewis Marshall Bailey IV (a.k.a. "Marshall") is a natural person domiciled in or around Bruce, Mississippi.  On information and belief, Defendant Lewis Marshall Bailey IV does business as Lewis M. Bailey IV Farms, which has its principal place of business in Calhoun County, Mississippi.

18.     At all times relevant to this action, Defendant Lewis Marshall Bailey III was an "agricultural employer" of Plaintiffs within the meaning of the AWPA, 29 U.S.C. § 1802(2).

19.     At all times relevant to this action, the Defendant Lewis Marshall Bailey IV was an "agricultural employer" of Plaintiffs within the meaning of the AWPA, 29 U.S.C. § 1802(2).

20.     At all times relevant to this action, Defendant Lewis Marshall Bailey III was an employer of Plaintiffs within the meaning of Title VII, 42 USC §2000e(b).

21.     At all times relevant to this action, Defendant Lewis Marshall Bailey IV was an employer of Plaintiffs within the meaning of Title VII, 42 USC §2000e(b).

22.     At all times relevant to this action, Defendant Lewis Marshall Bailey III (a.k.a. "Sonny") acted as an agent for Defendant Lewis Marshall Bailey IV (a.k.a. "Marshall") with respect to the recruitment, transportation, housing and employment of Plaintiffs.

23.     At all times relevant to this action, Defendant Lewis Marshall Bailey IV (a.k.a. "Marshall") acted as an agent for Defendant Lewis Marshall Bailey III (a.k.a. "Sonny") with respect to the recruitment, transportation, housing and employment of Plaintiffs.

## STATEMENT OF FACTS

24.     The Grower Defendants contracted with Defendant Jesus ("Chuy") Cervantes and his relative Andres Cervantes to obtain farm labor contracting services, including the recruitment of workers for planting the Grower Defendants' sweet potato fields in and/or around Bruce, Mississippi.

25.     At all times relevant to this action, Defendant Cervantes either lacked a farm labor contractor certificate of registration issued by the U.S. Department of Labor (hereinafter "USDOL"), or, alternatively, was a registered as a farm labor contractor with USDOL, but lacked the necessary authorizations to transport, house, and drive migrant workers.

26.     At all times relevant to this action, Andres Cervantes acted as an agent of the Grower Defendants and/or Defendant Cervantes by assisting in the management, payment, housing, and transportation of workers.

27.     At all times relevant to this action, Andres Cervantes lacked a farm labor contractor certificate of registration issued by the USDOL.

28.     Grower Defendants failed to take reasonable steps to determine that the persons whom they utilized to supply them with migrant agricultural workers in May of 2012 had certificates of registration issued by USDOL that authorized the activities for which they were utilized.

29.     Defendant Cervantes failed to take reasonable steps to determine that Andres Cervantes, whom he used to assist with the performance of farm labor contracting activities, had a certificate of registration issued by USDOL that authorized him to conduct those activities.

30.     Grower Defendants' agent, Defendant Cervantes, recruited Plaintiffs to work in their sweet potato fields.

31.     This recruitment took place in or around Brownsville, Texas in May of 2012.

32.     The Grower Defendants offered agricultural employment to Plaintiffs on their sweet potato farm, by and through Defendant Cervantes in Texas.

33.     Plaintiffs accepted agricultural employment for the Grower Defendants' sweet potato farm by and through Defendant Cervantes in Texas.

34.     The terms of the working arrangement were entered into in Texas.

35.     At the time that Defendants recruited Plaintiffs, Defendants failed to disclose in writing in English or Spanish the terms and conditions of employment as required by the AWPA.

36.     In Texas, Plaintiffs were verbally promised certain terms and conditions of employment.

37.     Defendant Cervantes, acting as an agent of Grower Defendants, provided information to the Plaintiffs at the time of recruitment that varied from worker to worker. Plaintiffs received false and misleading information regarding, *inter alia*, (a) the type of work that would be done, (b) the length of the season, (c) the payment they would receive, (d) the terms and conditions of transportation, and (e) the terms and conditions of housing.

38.     Among other things, the terms of the working arrangement made in Texas called for Plaintiffs to leave their permanent places of residence in Texas and travel to Mississippi to work in the Grower Defendants' sweet potato fields.

39.      Plaintiffs relied upon the representations of the working arrangement and traveled nearly a thousand miles from South Texas to Mississippi for work.

40.     In May of 2012, Defendants caused Plaintiffs to travel from their permanent residence in Texas to Mississippi to work in the Grower Defendants' sweet potato fields.

41.     When Plaintiffs arrived to work for the Grower Defendants, work was not made available to them by the Defendants as had been promised to Plaintiffs in Texas.

42.     Plaintiff David Montalvo left the employ of Defendants due, *inter alia*, to the failure of the Defendants to provide work as promised, and the abhorrent living conditions discussed *infra*, at Paragraphs 54 through 61.

43.     When work was finally made available by Defendants to the remaining Plaintiffs, rather than planting sweet potatoes as agreed, the Defendants first made the Plaintiffs pull or cut grass and weeds with their hands and knives. This work had not been disclosed in Texas, and Plaintiffs objected to this work, *inter alia*, as it was more difficult

and dangerous than the work they had agreed to do.  Defendants eventually gave the remaining Plaintiffs work planting sweet potatoes.

44.     Plaintiffs engaged in "agricultural employment" at the Grower Defendants' agricultural business within the meaning of 29 U.S.C. § 1802(3).

45.     Defendants failed to post a notice in English or Spanish at Plaintiffs' place of employment setting forth Plaintiffs' rights under the AWPA.

46.     Defendants did not provide access to toilet facilities in the fields where Plaintiffs worked for most of the season. The facilities which were provided at the end of the season were not accessible from where Plaintiffs were working.  Plaintiffs were therefore forced throughout the season to relieve themselves in the brush along the edge of the fields.

47.     Plaintiffs at times worked such long hours on moving tractors without breaks that some soiled themselves.  Defendants' failure to provide adequate sanitation facilities and breaks endangered Plaintiffs' health.  Plaintiffs forewent water, risking dehydration, because of these conditions.

48.     Defendants did not provide adequate drinking water or disposable cups at the jobsite.

49.     Defendants did not provide hand washing facilities at the jobsite.

50.     Defendants did not pay Plaintiffs their wages owed when due, *to wit*:

   a.   Defendants paid the workers on a later date or only made a partial
        payment on the set payday;

   b.   Defendants paid some Plaintiffs an hourly wage less than the hourly
        wage that had been promised when they were recruited in Texas;

c.   Defendants did not pay wages for all the hours of Plaintiffs' work; and/or

d.   Defendants and/or their agents made unauthorized deductions from the Plaintiffs' pay.

51.    Defendants did not provide Plaintiffs with itemized pay statements as required by the AWPA.  Defendants paid Plaintiffs with cash, without accounting to them for their hours worked, pay rate, and/or any deductions that may have been legally or illegally taken from their pay.

52.    On one occasion, while Defendant Cervantes was handing out cash payments to Plaintiffs, he demanded that Plaintiff Agustin Garcia return $100 to him. When Plaintiff Agustin Garcia refused to return his pay, Defendant Cervantes punched him in the side and took $100 from his pocket.

53.    Defendant Cervantes intended to and did in fact frighten and injure Plaintiff Garcia when he punched him. Plaintiff Garcia had not threatened, frightened, or provoked Defendant Cervantes.

54.    Upon information and belief, Plaintiffs were housed during the course of their employment in housing units owned or controlled by Defendants.

55.    Defendants, by and through Defendant Cervantes, had promised Plaintiffs at the time of recruitment trailers or houses which included all necessary utilities and furnishings.  Plaintiffs were told they would not have to pay for the housing.

56.    The housing provided to Plaintiffs by Defendants upon their arrival in Mississippi was abhorrent.  The sleeping, cooking, and bathing areas in the barrack style building were improperly separated.  Mats provided for sleeping were dirty and stained. The kitchen facilities were wholly inadequate, particularly given the number of residents.

*Plaintiffs' Second Amended Complaint*                              *Page 9 of 29*

There were no proper bathing facilities; rather, workers rinsed themselves with cold water from an exposed pipe and at times had to share just one working toilet.

57.     The female Plaintiffs refused to stay in housing with open quarters with unrelated males and lacking adequate bathing and cooking facilities, and so they and some other Plaintiffs were moved to a second housing location.

58.     The Plaintiffs who were moved to the second housing unit (Plaintiffs Elvia Garcia, Marylu Garcia, Alejandro Robledo, Esteban Robledo, Maria Guadalupe Robledo, Jorge Luis Aguilera, and Jose Humberto Aguilera) were told by the Defendants that they would have to pay rent for that housing. This violated the working arrangement as free housing had been promised in Texas at the time of recruitment.  Plaintiffs refused to pay rent.

59.     At no time relevant to this lawsuit did Defendant Cervantes or his agents have a farm labor contractor certificate of registration issued by USDOL authorizing the housing of migrant agricultural workers.

60.     The housing units failed to meet the minimum safety and health standards specified under the AWPA and under applicable state and federal law.

61.     The housing units in which Defendants housed Plaintiffs were not certified as meeting applicable health and safety standards by a state or local health authority or other appropriate agency, and no such certificate of compliance was posted.

62.     The employment of Plaintiffs Jorge Luis Aguilera, Jose Aguilera, Elvia Garcia, Marylu Garcia, Alejandro Robledo, Esteban Robledo, and Maria Robledo, who had been moved to the second housing location, was wrongfully terminated (actually or constructively) by Defendants prior to the end of the season.

63.     Defendants terminated Plaintiffs as described in Paragraph 62 because of Plaintiffs' exercise of their rights under the AWPA.  These Plaintiffs had exercised their rights under AWPA by, *inter alia*, refusing to stay in the barrack-style housing first provided by Defendants, refusing housing which failed to meet health and safety standards, and refusing to pay rent for housing which they had been promised would be provided free of charge.

64.     Plaintiffs were generally driven between the housing and work sites by Defendant Cervantes on a yellow school bus.  At times Defendant Cervantes appeared to be under the influence of alcohol and/or drugs while driving the bus.  The bus was occasionally driven by others, and Plaintiffs were also occasionally provided transportation for other purposes in this vehicle.

65.     During the course of their employment of Plaintiffs, Defendants caused Plaintiffs to be transported by Defendant Cervantes and/or other drivers who did not have a farm labor contractor certificate of registration issued by USDOL authorizing transportation or driving.

66.     During the course of their employment of Plaintiffs, Defendants caused Plaintiffs to be transported in a vehicle in violation of federal and state safety standards.

67.     During the course of their employment of Plaintiffs, Defendants caused Plaintiffs to be transported in a vehicle or vehicles by a person or persons not properly licensed to drive that class of vehicle.

68.     Defendants failed to take reasonable steps to determine whether the persons whose services it utilized to transport or drive workers had a farm labor

contractor certificate of registration issued by USDOL that authorized such persons to transport or drive migrant agricultural workers.

69.     Defendants breached their promise to pay Plaintiffs' return transportation and Plaintiffs had to pay for their own return transportation from Mississippi to Texas.

70.     Defendants gave Plaintiffs fewer hours of work per week and fewer weeks of employment than Defendants had promised Plaintiffs in Texas.

71.     At no time during the course of Plaintiffs' employment did Defendant Cervantes obtain from Grower Defendants and make available to Plaintiffs a written statement of employment conditions as required by the AWPA.

72.     Defendants violated without justification their working arrangements with Plaintiffs by not complying with all the terms and conditions of employment that Defendants had promised and by failing to comply with all applicable employment laws.

73.     Plaintiffs at all times complied with the terms of the working arrangements.

74.     Grower Defendants and their agents subjected Plaintiffs to verbal abuse and harassment, as well as intolerable living and working conditions, on account of their race and/or national origin.

75.     Grower Defendants and their agents regularly yelled, swore at, and otherwise verbally harassed Plaintiffs with vulgar language and offensive comments while they worked.

76.     Grower Defendant "Marshall" made derogatory comments to and about Plaintiffs referencing their race and/or national origin, such as stating that "Mexicans don't know how to work."

77.     Grower Defendant "Sonny" made derogatory statements to and about Plaintiffs referencing their race and/or national origin, such as making comments in their presence about "greasy Mexicans" or "fucking Mexicans."

78.     Plaintiffs were offended by the harassing and race-based verbal abuse to which they were subjected by Defendants and their agents.

79.     Defendants delayed or denied bathroom and meal breaks to Plaintiffs and thus forced Plaintiffs to relieve themselves in unsanitary conditions.

80.     Upon information and belief, Defendants provided similarly situated non-Hispanic/Latino and non-Mexican/Mexican-American workers ample and timely restroom and meal breaks.

81.     Defendants housed Plaintiffs in inhumane and offensive housing conditions during their employment with Defendants as set forth in Paragraphs 54 through 61.

82.     These inhumane and offensive living conditions in the housing provided to Plaintiffs incident to their employment for Defendants, constituted part of the hostile work environment to which Defendants subjected Plaintiffs on account of their race and/or national origin.

83.     Defendants paid Plaintiffs in cash, generally at the rate of $8.00/hour, prior to deductions made by Defendant Cervantes and Andres Cervantes.

84.     Upon information and belief, similarly situated non-Hispanic/Latino and non-Mexican/Mexican-American workers of Defendants were paid by check, generally at the rate of $9.00/hour.

85.     In the presence of the other workers, Grower Defendant "Sonny" told Plaintiff Elvia Garcia that he wanted to take her out at the end of the day, to show her around Mississippi, and that he was going "to fuck" her.  He repeatedly said he would fuck her.

86.     Grower Defendant "Sonny," through his agent Andres Cervantes, told Plaintiff Elvia Garcia that he wanted to go out with her; Andres told her that his boss, "Sonny," would get whatever he wanted.

87.     Grower Defendant "Sonny," cornered Plaintiff Marylu Garcia on the bus that Defendants used to transport Plaintiffs to and from work; she had gotten off the tractor and went on the bus because she was ill.  "Sonny" approached her, stared at her, and told her that she must be sick because she had fucked and become pregnant, and that she must like to fuck.

88.     Grower Defendant "Sonny" also told Plaintiff Marylu Garcia that he wanted her to come to his house at the end of the summer so that he could show her how real men have sex; "Sonny" bit his lip suggestively while he propositioned her.

89.     Plaintiffs Elvia Garcia and Marylu Garcia felt as if Grower Defendant "Sonny" was staring at them while they worked.

90.     Plaintiffs Elvia Garcia and Marylu Garcia found Grower Defendant "Sonny's" sexual advances, propositions, and comments unwelcome and offensive.

91.     Grower Defendant "Sonny's" behavior toward Plaintiffs Elvia Garcia and Marylu Garcia was based on their female sex.

92.     Grower Defendant "Sonny's" unwelcome sexual advances, propositions, and comments towards Plaintiffs Elvia Garcia and Marylu Garcia created a hostile work environment based on sex.

93.     Grower Defendant "Sonny" acted as a supervisor for the agricultural business of Defendant Lewis Marshall Bailey IV ("Marshall").

94.      All of the actions and omissions alleged herein were undertaken by Defendants either directly and/or through their agents.

95.     Plaintiffs suffered injury as a result of the Defendants' actions and omissions complained of herein. Plaintiffs have suffered injury to their property or person, including but not limited to, mental anguish, embarrassment, humiliation, and emotional pain and suffering.  These injuries were the natural, direct, and foreseeable result of the Defendants' conduct.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES AND CONDITIONS PRECEDENT

96.     Plaintiffs re-allege and incorporate by reference Paragraphs 1 through 95 of this complaint as if fully set forth herein.

97.     Within the appropriate time of the acts of which Plaintiffs complain, twenty-two Plaintiffs (hereinafter, "charging-parties" or "charging-party Plaintiffs") filed timely charges of discrimination against Defendants, under oath, with the Equal Employment Opportunity Commission (hereinafter, "EEOC").

98.     In November of 2013, the EEOC provided the charging-party Plaintiffs with Notices of Right to Sue.  Plaintiffs file this complaint within ninety (90) days of receipt of the Notices to the charging-parties from the EEOC.  Plaintiffs' Notices of Right to Sue issued by the EEOC are attached as Exhibit "A" and incorporated by reference herein.

99.     All Plaintiffs Title VII claims arise out of the same discriminatory treatment, during the same time frame, as the discriminatory treatment the charging-party Plaintiffs complained of in their charges to the EEOC.  Moreover, the charging-parties provided notice to the Defendants of the collective nature of their charges.  Charging-party Plaintiffs' Charges of Discrimination are attached as Exhibit "B" and incorporated by reference herein.

100.    Therefore, all conditions precedent to Plaintiffs' claims for relief under Title VII have been performed or have occurred.

## FIRST CAUSE OF ACTION: MIGRANT AND SEASONAL AGRICULTURAL WORKER PROTECTION ACT

101.    Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

102.    Grower Defendants intentionally violated all Plaintiffs' rights under the AWPA by, *inter alia*:

    a.  Failing to provide written disclosures at the time of the workers' recruitment, 29 U.S.C. § 1821(a);

    b.  Failing to post at the housing site a statement showing the terms and conditions of occupancy, 29 U.S.C. § 1821(c);

    c.  Knowingly giving false or misleading information to a worker, 29 U.S.C. § 1821(f);

    d.  Failing to provide and post all disclosures required by the AWPA under 29 U.S.C. § 1821 (a)-(c) in Spanish, 29 U.S.C. § 1821(g);

    e.  Violating the terms of the working arrangement without justification, 29 U.S.C. § 1822(c);

    f.   Failing to ensure that housing provided to Plaintiffs complied with federal and state safety and health standards, 29 U.S.C. § 1823(a);

    g.   Failing to have an appropriate federal, state, or local agency certify that housing met applicable safety and health standards for migrant agricultural workers, and failing to post the certificate of compliance with federal and state health and safety standards for migrant agricultural workers, 29 U.S.C. § 1823(b);

    h.   Causing Plaintiffs to be transported in violation of the AWPA's vehicle safety standards, 29 U.S.C. § 1841(b); and

    i.   Utilizing the services of a farm labor contractor without taking reasonable steps to determine that the farm labor contractor possessed a valid certificate of registration which authorized the activity for which the contractor was utilized, 29 U.S.C. § 1842.

103.    Grower Defendants intentionally violated the rights under the AWPA of all Plaintiffs who remained to work planting sweet potatoes for them by, *inter alia*:

    a.   Failing to pay wages owed when due, 29 U.S.C. § 1822(a);

    b.   Failing to make, keep, and preserve payroll records for each worker for each pay period, and to provide each worker with an itemized pay statement, 29 U.S.C. § 1821(d); and

    c.   Failing to post a notice at the place of employment setting forth the workers' rights under the AWPA, 29 U.S.C. § 1821(b).

104.    Defendant Cervantes intentionally violated all Plaintiffs' rights under the AWPA by, *inter alia*:

a. Engaging in farm labor contractor activities without authorization from USDOL to perform those activities, 29 U.S.C. § 1811(a);

b. Failing to amend his certificate of registration whenever he intended to engage in another farm labor contracting activity, use a vehicle to transport migrant agricultural workers, or house migrant agricultural workers, other than as previously authorized on his certificate of registration, 29 U.S.C. § 1815(2);

c. Hiring, employing, or using an unregistered farm labor contractor to perform farm labor contractor activities, 29 U.S.C. § 1811(b);

d. Failing to provide required written disclosures at the time of the workers' recruitment, 29 U.S.C. § 1821(a);

e. Failing to post at the housing site a statement showing the terms and conditions of occupancy, 29 U.S.C. § 1821(c);

f. Knowingly giving false or misleading information to a worker, 29 U.S.C. § 1821(f);

g. Failing to provide and post all disclosures required by the AWPA under 29 U.S.C. § 1821 (a)-(c) in Spanish, 29 U.S.C. § 1821(g);

h. Violating the terms of the working arrangement without justification, 29 U.S.C. § 1822(c);

i. Failing to ensure that housing provided to Plaintiffs complied with federal and state safety and health standards, 29 U.S.C. § 1823(a);

j. Failing to have an appropriate federal, state, or local agency certify that housing met applicable safety and health standards for migrant agricultural

workers, and failing to post the certificate of compliance with federal and state health and safety standards for migrant agricultural workers, 29 U.S.C. § 1823(b);

k.   Causing Plaintiffs to be transported in violation of the AWPA's vehicle safety standards, 29 U.S.C. § 1841(b); and

l.   Failing to obtain from the place of employment and make available to Plaintiffs a written statement of employment conditions as required by 29 U.S.C. § 1843.

105.   Defendant Cervantes intentionally violated the rights under the AWPA of all Plaintiffs who remained to work planting sweet potatoes by, *inter alia*:

a.   Failing to post a notice at the place of employment setting forth the workers' rights under the AWPA, 29 U.S.C. § 1821(b);

b.   Failing to make, keep, and preserve payroll records for each worker for each pay period as required by the AWPA and to provide each worker with an itemized pay statement, 29 U.S.C. § 1821(d); and

c.   Failing to pay wages owed when due, 29 U.S.C. § 1822(a).

106.   Defendant Cervantes and Grower Defendants intentionally violated the rights of Plaintiffs Jorge Luis Aguilera, Jose Humberto Aguilera, Elvia Garcia, Marylu Garcia, Alejandro Robledo, Esteban Robledo, and Maria Guadalupe Robledo,  under the AWPA by, *inter alia*, intimidating, threatening, discharging, and/or discriminating against them for exercising their rights and protections under the AWPA, 29 U.S.C. § 1855.

107.    For each such violation of the AWPA, Plaintiffs are entitled to recover from Defendants their actual damages (including mental anguish and emotional distress) or up to $500 in statutory damages.

## SECOND CAUSE OF ACTION:
## BREACH OF CONTRACT UNDER TEXAS LAW

108.    Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

109.    Defendants entered into an individual employment contract with each Plaintiff.

110.    Defendants breached each contract of employment into which they entered with the Plaintiffs by failing to comply with the promised terms and conditions of employment.

111.    As a direct consequence of Defendants' breach of the employment contracts, the Plaintiffs suffered substantial injury.

112.    Defendants are therefore liable to Plaintiffs for actual, incidental, and consequential damages, attorneys' fees, and costs.

## THIRD CAUSE OF ACTION:
## ASSAULT AND BATTERY UNDER MISSISSIPPI LAW

113.    Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

114.    Defendant Cervantes acted with intent to cause harmful or offensive contact with Plaintiff Agustin Garcia when he punched him.

115.    Plaintiff Agustin Garcia was placed in imminent apprehension of harmful or offensive contact when Defendant Cervantes punched him.

116.    Defendant Cervantes caused Plaintiff Agustin Garcia harmful or offensive contact when he punched Plaintiff Agustin Garcia.

117.    Plaintiff Garcia had not threatened, frightened, or provoked Defendant Cervantes.

118.    The assault and battery of Plaintiff Agustin Garcia was of a wanton, malicious, or brutal nature.

119.    Defendant Cervantes is liable to Plaintiff Agustin Garcia for compensatory and punitive damages he suffered as a result of the assault and battery described in Paragraphs 52 through 53 and 114 through 118, *supra*.

120.    Grower Defendants are vicariously liable to Plaintiff Agustin Garcia for compensatory and punitive damages he suffered as a result of the assault and battery described in Paragraphs 52 through 53 and 114 through 118, *supra*.

## FOURTH CAUSE OF ACTION: SECTION 1981, HOSTILE WORK ENVIRONMENT ON THE BASIS OF RACE

121.    Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

122.    This claim is brought on behalf of all Plaintiffs pursuant to 42 U.S.C. § 1981 against the Grower Defendants.

123.    The conditions under which Defendants required Plaintiffs to live and work were so severe or pervasive that a reasonable person would find them hostile or abusive, and Plaintiffs in fact perceived them to be hostile and abusive.

124.    As set forth above, the Defendants harassed and abused Plaintiffs' on account of their race, and such conduct was sufficiently severe or pervasive to constitute

a hostile, offensive, and intimidating work environment in violation of Plaintiffs' rights to make and enforce employment contracts free of discrimination.

125.    Defendants' actions violated Plaintiffs' rights to receive full and equal benefit of all laws guaranteed by 42 U.S.C. § 1981, including Plaintiffs' rights to enjoy and benefit from a nondiscriminatory employment relationship.

126.    Defendants knowingly, willfully, intentionally, or recklessly acted to deprive Plaintiffs of their federally-protected rights.

127.    As a direct result of Defendants' violations of Plaintiffs' rights under 42 U.S.C. § 1981 described above, Plaintiffs have suffered injury to their property or person, including but not limited to, mental anguish, embarrassment, humiliation, and emotional pain and suffering, warranting an award of compensatory and punitive damages.

## FIFTH CAUSE OF ACTION: SECTION 1981, WAGE DISCRIMINATION ON THE BASIS OF RACE

128.    Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

129.    This claim is brought pursuant to 42 U.S.C. § 1981 on behalf of all Plaintiffs except Plaintiff David Montalvo against the Grower Defendants.

130.    Grower Defendants' paid Plaintiffs at a rate lower than it paid other employees.

131.    As set forth above, Grower Defendants paid Plaintiffs at a lower rate than other employees on the basis of Plaintiffs' race.

132.    Grower Defendants' disparate payment of wages constituted unlawful employment practices.

133.     Defendants' actions violated Plaintiffs' rights to receive full and equal benefit of all laws guaranteed by 42 U.S.C. § 1981, including Plaintiffs' rights to enjoy and benefit from a nondiscriminatory employment relationship.

134.     Defendants knowingly, willfully, intentionally, or recklessly acted to deprive Plaintiffs of their federally-protected rights.

135.     As a direct result of Defendants' violations of Plaintiffs' rights under 42 U.S.C. § 1981 described above, Plaintiffs have suffered injury to their property or person, including but not limited to, mental anguish, embarrassment, humiliation, and emotional pain and suffering, warranting an award of compensatory and punitive damages.

## SIXTH CAUSE OF ACTION: TITLE VII, HOSTILE WORK ENVIRONMENT ON THE BASIS OF RACE AND NATIONAL ORIGIN

136.     Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

137.      This claim is brought on behalf of all Plaintiffs pursuant to Title VII against the Grower Defendants.

138.     Grower Defendants' abusive conduct was so severe or pervasive as to constitute an objectively hostile work environment, and Plaintiffs in fact perceived it to be hostile and abusive.

139.     As set forth above, Grower Defendants subjected Plaintiffs to an abusive and hostile work environment on the basis of Plaintiffs' race and/or national origin.

140.     Grower Defendants' creation of a hostile work environment constituted unlawful employment practices, *to wit* discrimination with respect to the terms, conditions, or privileges of employment.

*Plaintiffs' Second Amended Complaint*                                      *Page 23 of 29*

141.    The unlawful employment practices complained of above were intentional and done with malice or with reckless indifference to the federally protected rights of Plaintiffs.

142.    The effect of the intentional practices complained of above was to deprive Plaintiffs of equal employment opportunities and otherwise adversely affect their status as employees because of their race and/or national origin.

143.    As a direct result of Defendants' violations of Plaintiffs' rights under Title VII described above, Plaintiffs have suffered injury to their property or person, including but not limited to, mental anguish, embarrassment, humiliation, and emotional pain and suffering, warranting an award of compensatory and punitive damages.

## SEVENTH CAUSE OF ACTION: TITLE VII, WAGE DISCRIMINATION ON THE BASIS OF RACE AND NATIONAL ORIGIN

144.    Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

145.     This claim is brought on behalf of all Plaintiffs except Plaintiff David Montalvo pursuant to Title VII against the Grower Defendants.

146.    Grower Defendants' paid Plaintiffs at a rate lower than it paid other employees.

147.    As set forth above, Grower Defendants paid Plaintiffs at a lower rate than other employees on the basis of Plaintiffs' race and/or national origin.

148.    Grower Defendants' disparate payment of wages constituted unlawful employment practices.

149.     The unlawful employment practices complained of above were intentional and done with malice or with reckless indifference to the federally protected rights of Plaintiffs.

150.     The effect of the intentional practices complained of above was to deprive Plaintiffs of equal employment opportunities and otherwise adversely affect their status as employees because of their race and/or national origin.

151.     As a direct result of Defendants' violations of Plaintiffs' rights under Title VII described above, Plaintiffs have suffered injury to their property or person, including but not limited to, mental anguish, embarrassment, humiliation, and emotional pain and suffering, warranting an award of compensatory and punitive damages.

## EIGHTH CAUSE OF ACTION: TITLE VII, HOSTILE WORK ENVIRONMENT/SEXUAL HARASSMENT
### (Plaintiffs Elvia Garcia & Marylu Garcia)

152.     Plaintiffs re-allege and incorporate by reference the allegations set forth in Paragraphs 1 through 100 of this complaint as if fully set forth herein.

153.     This claim is brought on behalf of Plaintiffs Elvia Garcia and Marylu Garcia pursuant to Title VII against the Grower Defendants.

154.     As set forth above, Grower Defendants subjected Plaintiffs Elvia Garcia and Marylu Garcia to unwelcome conduct that was on the basis of their female sex.

155.     The conduct was so severe or pervasive as to constitute an objectively hostile work environment, and Plaintiffs in fact perceived it to be hostile and abusive.

156.     The unlawful employment practices complained of above was intentional and done with malice or with reckless indifference to the federally protected rights of Plaintiffs Elvia Garcia and Marylu Garcia.

157.   The effect of the intentional practices complained of was to deprive Plaintiffs Elvia Garcia and Marylu Garcia of equal employment opportunities and otherwise adversely affect their status as employees because of their sex.

158.   As a direct result of Defendants' violations of Plaintiffs' rights under Title VII described above, Plaintiffs have suffered injury to their property or person, including but not limited to, mental anguish, embarrassment, humiliation, and emotional pain and suffering, warranting an award of compensatory and punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that this Court grant them the following relief:

a.   Enter a judgment in favor of Plaintiffs on their AWPA claims as set forth in their First Cause of Action;

b.   Award Plaintiffs their actual damages or, alternatively, statutory damages of $500 per person per violation for Defendants' violations of the AWPA;

c.   Enter a judgment in favor of Plaintiffs on their breach of contract claims as set forth in their Second Cause of Action;

d.   Award Plaintiffs their actual, incidental, and consequential damages on their breach of contract claim;

e.   Enter a judgment in favor of Plaintiff Agustin Garcia on his assault and battery claims as set forth in the Third Cause of Action;

f.   Award Plaintiff Agustin Garcia compensatory and punitive damages on his assault and battery claim;

g.   Enter a judgment in favor of Plaintiffs on their Section 1981 hostile work environment claims as set forth in the Fourth Cause of Action;

h.  Award Plaintiffs compensatory and punitive damages on their 1981 hostile work environment claim;

i.  Enter a judgment in favor of Plaintiffs on their Section 1981 wage discrimination claims as set forth in the Fifth Cause of Action;

j.  Award Plaintiffs compensatory and punitive damages on their 1981 wage claims;

k.  Enter a judgment in favor of Plaintiffs on their Title VII claims as set forth in the Sixth Cause of Action;

l.  Award Plaintiffs compensatory and punitive damages on their Title VII race and national origin hostile work environment claim;

m.  Enter a judgment in favor of Plaintiffs on their Title VII claims as set forth in the Seventh Cause of Action;

n.  Award Plaintiffs compensatory and punitive damages on their Title VII race and national origin wage discrimination claim;

o.  Enter a judgment in favor of Plaintiffs Elvia Garcia and Marylu Garcia on their Title VII sex discrimination claim as set forth in the Eighth Cause of Action;

p.  Award Plaintiffs Elvia Garcia and Marylu Garcia compensatory and punitive damages on their Title VII claim sex discrimination;

q.  Award Plaintiffs prejudgment and post judgment interest as allowed by law;

r.  Award Plaintiffs their reasonable expenses and costs of court;

s.  Award attorney's fees to counsel for Plaintiffs; and

t.  Award Plaintiffs such other relief as this Court deems just and proper.

## **JURY DEMAND**

NOW COME Plaintiffs and demand a jury trial on the issues of this case and respectfully request that this cause be placed on the jury docket.

Respectfully submitted,

/s/ *Angela M. Graves*_____
Angela M. Graves
Attorney-in-Charge for Plaintiffs
Texas Bar No. 24059848
Southern District of Texas No. 1321527
SOUTHERN MIGRANT LEGAL SERVICES,
A Project of TEXAS RIOGRANDE LEGAL AID,
INC.
311 Plus Park Blvd., Ste. # 135
Nashville, TN 37217
Telephone: (615) 750-1200
Facsimile: (615) 366-3349
Email: agraves@trla.org

Marinda van Dalen
Texas Bar No. 00789698
Southern District of Texas No. 17577
TEXAS RIOGRANDE LEGAL AID, INC.
531 E. St. Francis Street
Brownsville, Texas 78520
Telephone: (956) 982-5540
Facsimile: (956) 541-1410
Email: mvandalen@trla.org

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of February, 2014, I electronically filed this document with the Clerk of Court using the ECF system, which sent notice of such filing to all counsel of record in this action.

Defendant Jesus Cervantes will be served in compliance with the Federal Rules of Civil Procedure.

**/s/ Angela M. Graves**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Heron Gregorio Alaniz<br>651 N. Dakota<br>Brownsville, TX 78520 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00591** | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____    11/19/13

Travis G. Hicks,
**Director**                (Date Mailed)

Enclosures(s)

cc:    LEWIS M. BAILEY III & LEWIS M. BAILEY IV
       102 Spratlin St.
       Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:  Lorenzo A. Silva
     P.O. Box 1723
     Brownsville, TX 78522

From:  San Antonio Field Office
       5410 Fredericksburg Rd
       Suite 200
       San Antonio, TX 78229

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00585** | Norma  Guzman, **Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____     11/19/13
Travis G. Hicks,                     (Date Mailed)
Director

cc:  LEWIS M. BAILEY III & LEWIS M. BAILEY IV
     102 Spratlin St.
     Bruce, MS 38915

     Angela M. Graves, Staff Attorney
     Southern Migrant Legal Services
     A Project of Texas Rio Grande Legal Aid, Inc.
     311 Plus Park Blvd., Ste 135
     Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Octavio Martinez**
1443 E. Jefferson Street
Brownsville, TX 78520

From: **San Antonio Field Office**
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00508** | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Travis G. Hicks,**
**Director**

11/19/13
(Date Mailed)

cc: **LEWIS M. BAILEY III & LEWIS M. BAILEY IV**
102 Spratlin St.
Bruce, MS 38915

**Angela M. Graves, Staff Attorney**
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Jose Luis Loza<br>2431 Eduardo Avenue<br>Brownsville, TX 78520 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00393 | **Norma  Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]* for

**Travis G. Hicks,**
**Director**

11/19/13
*(Date Mailed)*

Enclosures(s)

cc:  LEWIS M. BAILEY III & LEWIS M. BAILEY IV
102 Spratlin St.
Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Israel Becerra Garcia<br>1434 East Los Ebanos<br>Brownsville, TX 78520 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00391 | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____      _11/19/13_
Travis G. Hicks,                                    *(Date Mailed)*
**Director**

cc:   LEWIS M. BAILEY III & LEWIS M. BAILEY IV
      102 Spratlin St.
      Bruce, MS 38915

                                              Angela M. Graves, Staff Attorney
                                              Southern Migrant Legal Services
                                              A Project of Texas Rio Grande Legal Aid, Inc.
                                              311 Plus Park Blvd., Ste 135
                                              Nashville, TN 37217

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Francisco Garcia**
**2457 Frankfurt**
**Brownsville, TX 78520**

From: **San Antonio Field Office**
**5410 Fredericksburg Rd**
**Suite 200**
**San Antonio, TX 78229**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00389** | **Norma Guzman,** **Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Travis G. Hicks,**
**Director**

*11/19/13*
*(Date Mailed)*

Enclosures(s)

cc: **LEWIS M. BAILEY III & LEWIS M. BAILEY IV**
**102 Spratlin St.**
**Bruce, MS 38915**

**Angela M. Graves, Staff Attorney**
**Southern Migrant Legal Services**
**A Project of Texas Rio Grande Legal Aid, Inc.**
**311 Plus Park Blvd., Ste 135**
**Nashville, TN 37217**

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Alejandro Robledo<br>2924 Stanolind Avenue<br>Brownsville, TX 78521 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |  |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00388 | **Norma Guzman,**<br>Enforcement Supervisor | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____       11/19/13

**Travis G. Hicks,**
**Director**                            *(Date Mailed)*

Enclosures(s)

cc:     LEWIS M. BAILEY III & LEWIS M. BAILEY IV
        102 Spratlin St.
        Bruce, MS 38915

        Angela M. Graves, Staff Attorney
        Southern Migrant Legal Services
        A Project of Texas Rio Grande Legal Aid, Inc.
        311 Plus Park Blvd., Ste 135
        Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Agustin Garcia**
1013 Jefferson Street
Brownsville, TX 78526

From: **San Antonio Field Office**
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00387** | **Norma Guzman,** **Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  11/19/13
**Travis G. Hicks,**
**Director**          *(Date Mailed)*

Enclosures(s)

cc: **LEWIS M. BAILEY III & LEWIS M. BAILEY IV**
102 Spratlin St.
Bruce, MS 38915

**Angela M. Graves, Staff Attorney**
**Southern Migrant Legal Services**
**A Project of Texas Rio Grande Legal Aid, Inc.**
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

Plaintiffs' Second Amended Complaint, Exhibit A

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:   Jose Francisco Escobedo
      481 Willow Lane
      Brownsville, TX 78521

From:   San Antonio Field Office
        5410 Fredericksburg Rd
        Suite 200
        San Antonio, TX 78229

☐  On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00386 | Norma Guzman, Enforcement Supervisor | (210) 281-7617 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
Director

11/19/13
(Date Mailed)

Enclosures(s)

cc:   LEWIS M. BAILEY III & LEWIS M. BAILEY IV
      102 Spratlin St.
      Bruce, MS 38915

      Angela M. Graves, Staff Attorney
      Southern Migrant Legal Services
      A Project of Texas Rio Grande Legal Aid, Inc.
      311 Plus Park Blvd., Ste 135
      Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Luis A. Jimenez
1039 Beaver Lake
Brownsville, TX 78520

From:  San Antonio Field Office
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00372 | Norma Guzman, Enforcement Supervisor | (210) 281-7617 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]  More than 180 days have passed since the filing of this charge.

[ ]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____     11/19/13
Travis G. Hicks,                          *(Date Mailed)*
**Director**

Enclosures(s)

cc:     **LEWIS M. BAILEY III & LEWIS M. BAILEY IV**
102 Spratlin St.
Bruce, MS 38915

**Angela M. Graves, Staff Attorney**
**Southern Migrant Legal Services**
**A Project of Texas Rio Grande Legal Aid, Inc.**
**311 Plus Park Blvd., Ste 135**
**Nashville, TN 37217**

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Jose Luis Rodriguez
424 E. 10th Street
Brownsville, TX 78520

From: San Antonio Field Office
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00369** | **Norma Guzman,** Enforcement Supervisor | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
Travis G. Hicks,
Director

11/19/13
*(Date Mailed)*

Enclosures(s)

cc: LEWIS M. BAILEY III & LEWIS M. BAILEY IV
102 Spratlin St.
Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Armando Aguilar<br>16-44 W. Adams<br>Brownsville, TX 78520 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00368** | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*Travis G. Hicks,*
**Director**

11/19/13
*(Date Mailed)*

cc: LEWIS M. BAILEY III & LEWIS M. BAILEY IV
102 Spratlin St.
Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Arturo Sanchez-Botello<br>604 Florence Lane<br>Brownsville, TX 78520 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00367** | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____     11/19/13
**Travis G. Hicks,**
**Director**        *(Date Mailed)*

cc:    LEWIS M. BAILEY III & LEWIS M. BAILEY IV
      102 Spratlin St.
      Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Esteban Robledo, Jr.
5107 Boca Chica, #68
Brownsville, TX 78521

From: San Antonio Field Office
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00366 | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- [X] More than 180 days have passed since the filing of this charge.

- [ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

- [X] The EEOC is terminating its processing of this charge.

- [ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

- [ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

- [ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
Director

11/19/13
*(Date Mailed)*

Enclosures(s)

cc: LEWIS M. BAILEY III & LEWIS M. BAILEY IV
102 Spratlin St.
Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE (*ISSUED ON REQUEST*)

| To: | Jorge Luis Alvarez<br>9049 Valle Hermoso<br>Brownsville, TX 78521 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00365 | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
**Director**

11/19/13
*(Date Mailed)*

Enclosures(s)

cc: LEWIS M. BAILEY III & LEWIS M. BAILEY IV
102 Spratlin St.
Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Jorge Luis Aguilera**
2431 Roosevelt
Brownsville, TX 78521

From: **San Antonio Field Office**
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00364** | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
Director

11/19/13
*(Date Mailed)*

Enclosures(s)

cc: **LEWIS M. BAILEY III & LEWIS M. BAILEY IV**
102 Spratlin St.
Bruce, MS 38915

**Angela M. Graves, Staff Attorney**
**Southern Migrant Legal Services**
**A Project of Texas Rio Grande Legal Aid, Inc.**
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Victor M. Flores Galvan**
**1254 E. Tyler Street**
**Brownsville, TX 78520**

From: **San Antonio Field Office**
**5410 Fredericksburg Rd**
**Suite 200**
**San Antonio, TX 78229**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00363** | **Norma Guzman,** **Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Travis G. Hicks,**
**Director**

11/19/13
*(Date Mailed)*

cc: **LEWIS M. BAILEY III & LEWIS M. BAILEY IV**
**102 Spratlin St.**
**Bruce, MS 38915**

**Angela M. Graves, Staff Attorney**
**Southern Migrant Legal Services**
**A Project of Texas Rio Grande Legal Aid, Inc.**
**311 Plus Park Blvd., Ste 135**
**Nashville, TN 37217**

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Maria Guadalupe Robledo<br>5107 Bocachica #68<br>Brownsville, TX 78521 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00362 | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- [X] More than 180 days have passed since the filing of this charge.

- [ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

- [X] The EEOC is terminating its processing of this charge.

- [ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

- [ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

- [ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____  _11/19/13_
**Travis G. Hicks,**          *(Date Mailed)*
**Director**

| cc: | LEWIS M. BAILEY III & LEWIS M. BAILEY IV<br>102 Spratlin St.<br>Bruce, MS 38915 | Angela M. Graves, Staff Attorney<br>Southern Migrant Legal Services<br>A Project of Texas Rio Grande Legal Aid, Inc.<br>311 Plus Park Blvd., Ste 135<br>Nashville, TN 37217 |
|---|---|---|

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Jose Humberto Aguilera Sr
2800 Chaparral Street #2A
Brownsville, TX 78521

From: San Antonio Field Office
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00361 | Norma Guzman, Enforcement Supervisor | (210) 281-7617 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
Director

11/19/13
*(Date Mailed)*

Enclosures(s)

cc:

LEWIS BAILEY III & LEWIS M. BAILEY IV
102 Spratlin Street
Bruce, MS 38915

Angela M. Graves
LAW OFFICE OF TEXAS RIOGRANDE LEGAL AID, INC.
Southern Migrant Legal Service
311 Plus Park Blvd., Suite 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **MaryLu Garcia**<br>**2924 Stanolind Avenue**<br>**Brownsville, TX 78521** | From: **San Antonio Field Office**<br>**5410 Fredericksburg Rd**<br>**Suite 200**<br>**San Antonio, TX 78229** |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00360** | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Travis G. Hicks,**
**Director**

11/19/13
*(Date Mailed)*

Enclosures(s)

cc:   **LEWIS M. BAILEY III & LEWIS M. BAILEY IV**
      **102 Spratlin St.**
      **Bruce, MS 38915**

**Angela M. Graves, Staff Attorney**
**Southern Migrant Legal Services**
**A Project of Texas Rio Grande Legal Aid, Inc.**
**311 Plus Park Blvd., Ste 135**
**Nashville, TN 37217**

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Israel Mata<br>1025 Wildrose Lane, 901B<br>Brownsville, TX 78520 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2013-00359 | Norma Guzman,<br>Enforcement Supervisor | (210) 281-7617 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
Director

11/19/13
(Date Mailed)

Enclosures(s)

cc: LEWIS M. BAILEY III & LEWIS M. BAILEY IV
102 Spratlin St.
Bruce, MS 38915

Angela M. Graves, Staff Attorney
Southern Migrant Legal Services
A Project of Texas Rio Grande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Elvia Garcia<br>5107 Bocachica #73<br>Brownsville, TX 78521 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

|  | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2013-00351** | **Norma Guzman,**<br>**Enforcement Supervisor** | **(210) 281-7617** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| [X] | More than 180 days have passed since the filing of this charge. |
|---|---|
| ☐ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| [X] | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Travis G. Hicks,
**Director**

11/19/13
*(Date Mailed)*

Enclosures(s)

| CC: | LEWIS M. BAILEY III & LEWIS M. BAILEY IV<br>102 Spratlin St.<br>Bruce, MS 38915 | Angela M. Graves, Staff Attorney<br>Southern Migrant Legal Services<br>A Project of Texas Rio Grande Legal Aid, Inc.<br>311 Plus Park Blvd., Ste 135<br>Nashville, TN 37217 |
|---|---|---|

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA | |
| X  EEOC | 451-2013-00386 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Jose Francisco Escobedo | (956) 459-6189 | 06/07/1955 |

| Street Address | City, State and ZIP Code |
|---|---|
| 481 Willow Ln | Brownsville, TX 78521 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | Appx. 50 | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code |
|---|---|
| 102 Spratlin St. | Bruce, MS 38915 |

| Name (Farm Labor Contractor Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | Appx. 30 | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code |
|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

X RACE  ___ COLOR  ___ SEX  ___ RELIGION  X NATIONAL ORIGIN

___ RETALIATION  ___ AGE  ___ DISABILITY  ___ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest         Latest
May, 2012     June, 2012

X CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

corrected by Angela M. Cross with permission, 11/12/12

I am a Hispanic/Latino *U.S.* Citizen *of Mexican national origin*. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| Date | Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
|---|---|---|
| 10 24 12 | | October 24, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; and "vaya a chingar a su madre" (meaning "go fuck your mother"). There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often when we were not allowed to take our lunch break until much later than the expected time lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table, no chairs, and two stoves and fridges that didn't properly function and were insufficient for those of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.
I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

2017 NOV 13  A 9: 38

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 451-2013-00387 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*)<br>Agustin Garcia | Home Phone (Incl. Area Code)<br>(956) 238-9979 | Date of Birth<br>08/28/1944 |
|---|---|---|
| Street Address<br>1013 Jefferson St. | City, State and ZIP Code<br>Brownsville, TX 78526 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>_X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>May, 2012      June, 2012<br><br>_X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

**See attached addendum page.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>11/8/12<br>Date          Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>November 8, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin.  While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us.  On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing.  There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves.  The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents.  Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 20 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin.  They were allowed to take breaks as they wished.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc.  Instead, we were paid by cash.  We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage.  We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful.  We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people.  We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding.  There was no real shower, but only a pipe that had been rigged to use as a make-shift shower.  There were only 2 toilets for everyone, and only one was functioning.  The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed.  The "kitchen" area was also insufficient with only a board set up to be like a table and 2 stoves and 2 fridges that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

One evening when were being paid for our work, Jesus tried to take $100 from me which he incorrectly said that I owed him.  I refused to give him the money since he hadn't paid me and I didn't owe him any money.  At that moment, he punched me hard in the stomach.  Then he punched me hard above my upper lip and below my nose, making me bleed and giving me a scar.  Then he took my wallet and took $100 from it.

I believe that I and the other workers were treated in a discriminatory manner, because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:

    Angela Graves
    **Texas RioGrande Legal Aid, Southern Migrant Legal Services office**
    311 Plus Park Blvd., Suite 135
    Nashville, TN 37217
    (615) 750-1200; agraves@trla.org

2012 NOV 13 A 9 38

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 451-2013-00388 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC |
|---|
| State or local Agency, if any |

| Name (indicate Mr. Ms. Mrs.)<br>Alejandro Robledo | Home Phone (Incl. Area Code)<br>(956) 243-6899 | Date of Birth<br>12/27/1989 |
|---|---|---|

| Street Address<br>2924 Stanolind Ave. | City, State and ZIP Code<br>Brownsville, TX 78521 | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|

| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
|---|---|---|

| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
|---|---|---|

| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |
|---|---|---|

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| _X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN<br><br>_X_ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest          Latest<br>May, 2012      June, 2012<br><br>_X_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino U.S. Citizen of Mexican national origin. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/7/12<br>*Date*          *Alejandro A. Robledo*<br>                    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>November 7, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and two stoves and two fridge that didn't properly function and were insufficient for the approximate 30 of us who were to be housed there.

The women complained because they did not feel comfortable to sleep and bathe in an open area with the men, and so they and a few others, including myself were moved to a small rental house. The house did not have the utilities connected at first. There were no beds there, and we had to bring the dirty mattresses from the warehouse. I slept in one room with my wife Marylu Garcia, her mother Elvia Garcia, and another worker. My parents, Maria Guadalupe and Esteban Robledo, slept in another room. Jorge Luis Aguilera and Jose Humberto Aguilera slept in the living room. However, those of us who were moved to the house were fired and sent home from the job sooner than the other workers who had not been moved. I believe this was retaliation for our complaints to the employers because of the poor way in which we were treated by them.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

> Angela Graves
> Texas RioGrande Legal Aid, Southern Migrant Legal Services office
> 311 Plus Park Blvd., Suite 135
> Nashville, TN 37217
> (615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | __ FEPA<br>_X_ EEOC | 451-2013-00389 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.)<br>Francisco Garcia | Home Phone (Incl. Area Code)<br>(956) 640-4682 | Date of Birth<br>07/03/1956 |
|---|---|---|
| Street Address<br>2457 Frankfurt | City, State and ZIP Code<br>Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

_X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN

__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
May, 2012      June, 2012

_X_ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>Francisco Garcia |
| 11/07/12<br>Date        Francisco Garcia<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>November 7, 2012 |

*[Notary seal: KATHLEEN GRIESBACH, NOTARY PUBLIC, STATE OF TEXAS, ... 5-24-20...]*

EEOC Form 5 – Addendum Page

Plaintiffs' Second Amended Complaint, Exhibit B

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were dirty mattresses, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 working toilets for everyone. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the number of us housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | __ FEPA<br>X EEOC | 451-2013-00391 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION   and EEOC

State or local Agency, if any

| Name (Indicate Mr. Ms. Mrs.)<br>Israel Becerra Garcia | Home Phone (Incl. Area Code)<br>(956) 346-9879 | Date of Birth<br>01/05/1951 |
|---|---|---|
| Street Address<br>1434 East Los Ebanos | City, State and ZIP Code<br>Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  __ COLOR  __ SEX  __ RELIGION  X NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest       Latest<br>May, 2012    June, 2012<br><br>X CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11 07 12     _Israel Becerra Garcia_<br>Date          Charging Party Signature | _Israel Becerra Garcia_<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>November 7, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were dirty mattresses, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 working toilets for everyone. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the number of us housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA  X EEOC | 451-2013-00393 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION   and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Jose Luis Loza | (956) 527-5825 | 08/17/1962 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 2431 Eduardo Ave. | Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | Appx. 50 | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 102 Spratlin St. | Bruce, MS 38915 | |

| Name (Farm Labor Contractor Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | Appx. 30 | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  __ COLOR __ SEX __ RELIGION  X NATIONAL ORIGIN  __ RETALIATION __ AGE __ DISABILITY __ OTHER (Specify below.) | Earliest: May, 2012   Latest: June, 2012  X CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |

11-0512   Jose L Loza
Date      Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)   November 5, 2012

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

NOV 05 2012

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA | |
| | X  EEOC | 451-2013-00351 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION and EEOC | | |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr. Ms. Mrs.)<br>Ms. Elvia Garcia | Home Phone (Incl. Area Code)<br>(956) 312-0126 | Date of Birth<br>09/02/1969 |
|---|---|---|
| Street Address<br>5107 Bocachica #73 | City, State and ZIP Code<br>Brownsville, TX 78521 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  __ COLOR  X SEX  __ RELIGION  X NATIONAL ORIGIN | Earliest<br>May, 2012    Latest<br>June, 2012 |
| X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | X CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latina U.S. Citizen of Mexican national origin.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.  Furthermore, I was sexually accosted by my employer, "Sonny."

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br><br>*Kathleen Griesbach* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>10-15-12      *Elvia Garcia*<br>Date          Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT<br><br>*Elvia Garcia*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>October 15, 2012 |

Plaintiffs' Second Amended Complaint, Exhibit B

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected time lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I and the other women complained because we did not feel comfortable to sleep and bathe in an open area with the men, and so we and a few others, were moved to a small rental house. The house did not have the utilities connected at first. There were no beds there, and we had to bring the dirty mattresses from the warehouse. (Maria Guadalupe and her husband Esteban Robledo slept in one room. Alejandro Robledo, Jaime Cresencio Cantu, MaryLu Garcia and I

slept in another room.  Jorge Luis Aguilera and Jose Huberto Aguilera slept in the living room.)  However, those of us who were moved to the house were fired and sent home from the job sooner than the other workers who had not been moved.  I believe this was retaliation for our complaints to the employers because of the poor way in which we were treated by them.

In front of the other workers, Sonny came up to me and told me that he wanted to take me out at the end of the day "to fuck and fuck and fuck."  Another time Andres came up to me and told me that Sonny told him to tell me that he wanted me and that anything he wanted he could get.  He said Sonny wanted a woman to drink and do drugs with.  I know that Sonny also sexually accosted my co-worker, MaryLu and I think the only reason he did not do the same to the other woman, Maria Guadalupe, is because he did not have a chance because her husband was always with her.

I believe that I and the other workers were treated in a discriminatory manner because of our sex, race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:
> Angela Graves
> Texas RioGrande Legal Aid, Southern Migrant Legal Services office
> 311 Plus Park Blvd., Suite 135
> Nashville, TN 37217
> (615) 750-1200; agraves@trla.org

NOV 0 5 2012

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA $8 | 451-2013-00359 |
| X EEOC | |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC

*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Israel Mata | (956) 346-9879 | 06/11/1946 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1025 Wildrose Ln 901B | Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | Appx. 50 | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 102 Spratlin St. | Bruce, MS 38915 | |

| Name (Farm Labor Contractor Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | Appx. 30 | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE __ COLOR __ SEX __ RELIGION X NATIONAL ORIGIN | Earliest: May, 2012    Latest: June, 2012 |
| X RETALIATION __ AGE __ DISABILITY __ OTHER (Specify below.) | X CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 10/31/12  Date     Charging Party Signature | 07-24-20 SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)  October 31, 2012 |

KATHLEEN GRIESBACH NOTARY PUBLIC STATE OF ...

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected time for the lunch hour.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I was run off the job and told to go home by Jesus Cervantes about a week before the work ended. Jesus Cervantes gave no motive for telling me to leave early.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

NOV 0 5 2012

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA  X  EEOC | 451-2013-00360 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC |
|---|
| *State or local Agency, if any* |

| Name (*Indicate Mr. Ms. Mrs.*) **Mrs. MaryLu Garcia** | Home Phone (Incl. Area Code) **(956) 243-6899** | Date of Birth **10/11/1992** |
|---|---|---|
| Street Address **2924 Stanolind Ave.** | City, State and ZIP Code **Brownsville, TX 78521** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers) **Lewis M. Bailey III & Lewis M. Bailey IV** | No. Employees, Members Appx. 50 | Phone No. (Include Area Code) **(662) 414-0821/ 983-5745** |
|---|---|---|
| Street Address **102 Spratlin St.** | City, State and ZIP Code **Bruce, MS 38915** | |
| Name (Farm Labor Contractor Employers) **Jesus Cervantes & Andres Cervantes** | No. Employees, Members Appx. 30 | Phone No. (Include Area Code) **(662) 800-4569/800-4564** |
| Street Address **21901 Cedro Dr.** | City, State and ZIP Code **Edcouch, TX 78538** | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  __ COLOR  X SEX  __ RELIGION  X NATIONAL ORIGIN | Earliest: May, 2012    Latest: June, 2012 |
| X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | X CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latina U.S. Citizen of Mexican national origin. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers. Furthermore, I was sexually accosted by my employer, "Sonny."

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | *Kathleen Griesbach* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT *mary Garcia* |
| **10-15-12**  *mary Garcia* Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) *October 15, 2012* |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected time lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I and the other women complained because we did not feel comfortable to sleep and bathe in an open area with the men, and so we and a few others, were moved to a small rental house. The house did not have the utilities connected at first. There were no beds there, and we had to bring the dirty mattresses from the warehouse. (Maria Guadalupe and her husband Esteban Robledo slept in one room. Alejandro Robledo, Jaime Cresencio Cantu, Elvia Garcia and myself

slept in another room.  Jorge Luis Aguilera and Jose Huberto Aguilera slept in the living room.)  However, those of us who were moved to the house were fired and sent home from the job sooner than the other workers who had not been moved.  I believe this was retaliation for our complaints to the employers because of the poor way in which we were treated by them.

I was working on the tractor, along with my husband, Alejandro Robledo, and other workers when I began to feel ill.  My husband asked Andres to let me off the tractor since I was going to vomit.  He asked Andres several times, but Andres wouldn't let me get off.  I started to vomit while Andres was moving the tractor.  When my husband went to ask Andres again, Andres put the tractor down and then I jumped off.  I went and got on the bus and was still vomiting.  Sonny approached me in the bus and asked me if I was vomiting because I was pregnant.  I said no.  He persisted and said if I was vomiting it was because I liked to have sex.  I told him it wasn't possible that I was pregnant because I was on a (birth control) shot.  He then told me that he wanted me to come to his house at the end of the summer so that he could show me how real men can have sex.  He said he'd have a barbecue and invite everyone and then take me off to have sex with him.  He kept biting his lips while he said this.  I told him that I'm married.  He backed off, presumably scared that my husband would do something to him for what he was saying to me.  He got off the bus, but for a long time he kept circling it and while he was doing that I was so scared that he was going to do something else to me.  He finally left but I stayed on the bus the rest of the day.  I know that my co-worker Elvia was also sexually accosted by Sonny and I think the only reason he did not do the same to the other woman, Maria Guadalupe is because he did not have a chance because her husband was always with her.

I believe that I and the other workers were treated in a discriminatory manner because of our sex, race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

NOV 0 5 2012

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA  X EEOC | 451-2013-00361 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHT DIVISION _____ and EEOC

*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) Jose Humberto Aguilera Sr. | Home Phone (Incl. Area Code) (956) 909-9668 | Date of Birth 03/25/1966 |
|---|---|---|
| Street Address 2800 Chaparral Street #2A | City, State and ZIP Code Brownsville, TX 78521 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers) Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members Appx. 50 | Phone No. (Include Area Code) (662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address 102 Spratlin St. | City, State and ZIP Code Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers) Jesus Cervantes & Andres Cervantes | No. Employees, Members Appx. 30 | Phone No. (Include Area Code) (662) 800-4569/800-4564 |
| Street Address 21901 Cedro Dr. | City, State and ZIP Code Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  __ COLOR  __ SEX  __ RELIGION  X NATIONAL ORIGIN  X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest  Latest May, 2012  June, 2012   X CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino U.S. Citizen of Mexican national origin.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT   *Jose H Aguilar* |
| 10-31-12.  *Jose H Aguilera* Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)  October 31, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 20 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 people who were housed there.

The women complained because they did not feel comfortable to sleep and bathe in an open area with the men, and so they and a few others, including myself were moved to a small rental house. The house did not have the utilities connected at first. There were no beds there, and we had to bring the dirty mattresses from the warehouse. (Maria Guadalupe and her husband Esteban Robledo slept in one room. Alejandro Robledo, Jaime Cresencio Cantu, Marylu Garcia and Elvia Garcia slept in another room. Jorge Luis Aguilera and I, Jose Humberto Aguilera, slept in the living room.) However, those of us who were moved to the house were fired and sent home from the job sooner than the other workers who had not been moved. I believe this was retaliation for our complaints to the employers because of the poor way in which we were treated by them.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION NOV 0 5 2012 | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA  X  EEOC | 451-2013-00362 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION and EEOC |
|---|
| State or local Agency, if any |

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Maria Guadalupe Robledo | (956) 621-2093 | 12/16/1953 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5107 Bocachica #68 | Brownsville, TX 78521 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers) | No. Employees, Members Appx. 50 | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code |
|---|---|
| 102 Spratlin St. | Bruce, MS 38915 |

| Name (Farm Labor Contractor Employers) | No. Employees, Members Appx. 30 | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code |
|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  __ COLOR  X SEX  __ RELIGION  X NATIONAL ORIGIN  X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest    Latest May, 2012    June, 2012  X CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 10. 31. 12.     _Guadalupe Robledo_ Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  October 31, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin.  While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us.  On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing.  There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves.  The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents.  Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin.  They were allowed to take breaks as they wished.  They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc.  Instead, we were paid by cash.  We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage.  We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful.  We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people.  We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding.  There was no real shower, but only a pipe that had been rigged to use as a make-shift shower.  There were only 2 toilets for everyone, and at times only one was functioning.  The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed.  The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

The women complained because they did not feel comfortable to sleep and bathe in an open area with the men, and so we and a few others, including my husband, were moved to a small rental house.  The house did not have the utilities connected at first.  There were no beds there, and we had to bring the dirty mattresses from the warehouse.  (I slept in one room with my husband, Esteban Robledo.  My son, Alejandro Robledo, Jaime Cresencio Cantu, Marylu Garcia and Elvia Garcia slept in another two rooms.  Jorge Luis Aguilera and Jose Huberto Aguilera, slept in the living room.)  However, those of us who were moved to the house were fired and sent home from the job sooner than the other workers who had not been moved.  I believe this was retaliation for our complaints to the employers because of the poor way in which we were treated by them.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

> Angela Graves
> Texas RioGrande Legal Aid, Southern Migrant Legal Services office
> 311 Plus Park Blvd., Suite 135
> Nashville, TN 37217
> (615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 451–2013–00363 |

NOV 0 5 2012

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*)<br>Mr. Victor M. Flores Galvan | Home Phone (Incl. Area Code) | Date of Birth<br>12/23/1952 |
|---|---|---|
| Street Address<br>1254 E Tyler St. | City, State and ZIP Code<br>Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| _X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest: May, 2012   Latest: June, 2012<br><br>_X_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | *Kathleen Griesbach* |
| I declare under penalty of perjury that the above is true and correct.<br><br>10/15/12   *Victor M. Flores Galvan*<br>Date      Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>October 15, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin.  While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us.  On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing.  There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves.  The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents.  Often we were not allowed to take our lunch break until much later than the expected time lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin.  They were allowed to take breaks as they wished.  They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one. We also went an entire day of work without receiving water.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc.  Instead, we were paid by cash.  We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage.  We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful.  We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people.  We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding.  There was no real shower, but only a pipe that had been rigged to use as a make-shift shower.  There were only 2 toilets for everyone, and at times only one was functioning.  There was no light in the bathroom.  There was also no real shower curtain, only a broken piece of plastic.  The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed.  The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.  There were no chairs for us to eat in; we ate standing up.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

NOV 0 5 2012

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| __ FEPA | |
| X  EEOC | 451-2013-00364 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC

*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Jorge Luis Aguilera | (956) 909-9668 | 08/17/1968 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2431 Roosevelt | Brownsville, TX 78521 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name (Grower-Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | Appx. 50 | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code |
|---|---|
| 102 Spratlin St. | Bruce, MS 38915 |

| Name (Farm Labor Contractor Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | Appx. 30 | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code |
|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest            Latest |
| X RACE  __ COLOR  __ SEX  __ RELIGION  X NATIONAL ORIGIN | May, 2012        June, 2012 |
| X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | X CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attached extra sheet(s)):*

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| | Kathleen Griesbach |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | |
| 10-16-12       *Jorge Luis Aguilera* | *Jorge Luis Aguilera* |
| Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| | October 16, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected time lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

The women complained because they did not feel comfortable to sleep and bathe in an open area with the men, and so they and a few others, including myself were moved to a small rental house. The house did not have the utilities connected at first. There were no beds there, and we had to bring the dirty mattresses from the warehouse. They tried to make us pay rent at first. We had to clean the house because it was so dirty and cut the yard when we arrived. Maria Guadalupe and her husband Esteban Robledo slept in one room. Alejandro Robledo, Jaime Cresencio Cantu, Marylu Garcia and Elvia Garcia slept in another room. Jose Huberto Aguilera and I slept in the living room room at the entrance of the house. However, those of us who were moved to the house were fired and sent home from the job sooner than the other workers who had not

been moved.  I believe this was retaliation for our complaints to the employers because of the poor way in which we were treated by them.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner. I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:

> Angela Graves
> Texas RioGrande Legal Aid, Southern Migrant Legal Services office
> 311 Plus Park Blvd., Suite 135
> Nashville, TN 37217
> (615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ___ FEPA <br> _X_ EEOC | 451-2013-00365 |

NOV 0 6 2012

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION    and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) <br> Jose Luis Alvarez | Home Phone (Incl. Area Code) <br> (956) 542-6863 | Date of Birth <br> 03/27/1952 |
|---|---|---|
| Street Address <br> 9049 Valle Hermoso | City, State and ZIP Code <br> Brownsville, TX 78521 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers) <br> Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members <br> Appx. 50 | Phone No. (Include Area Code) <br> (662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address <br> 102 Spratlin St. | City, State and ZIP Code <br> Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers) <br> Jesus Cervantes & Andres Cervantes | No. Employees, Members <br> Appx. 30 | Phone No. (Include Area Code) <br> (662) 800-4569/800-4564 |
| Street Address <br> 21901 Cedro Dr. | City, State and ZIP Code <br> Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) <br><br> _X_ RACE  __ COLOR  __ SEX __ RELIGION  _X_ NATIONAL ORIGIN <br><br> __ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (*Specify below.*) | DATE(S) DISCRIMINATION TOOK PLACE <br> Earliest              Latest <br> May, 2012        June, 2012 <br><br> _X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. <br><br> *10-16-12*  *José Luis Alvarez* <br> Date       Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT <br><br> *Jose Luis Alvarez* <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) <br> October 16, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 32 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected time lunch hour.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one until later.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay and paid us for less hours than we had worked. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a barracks where there were just dirty mattresses on bunk beds, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with 2 stoves and 2 fridges that didn't all properly function and were insufficient for the approximate 16 of us who were housed in each half of the barracks.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner. I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135

Nashville, TN 37217
(615) 750-1200; agraves@trla.org

NOV 0 5 2012

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 451-2013-00366 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr. Ms. Mrs.)<br>Esteban Robledo Jr. | Home Phone (Incl. Area Code)<br>(956) 621-2093 | Date of Birth<br>06/18/1952 |
|---|---|---|

| Street Address<br>5107 Boca Chica #68 | City, State and ZIP Code<br>Brownsville, TX 78521 | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|

| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
|---|---|---|

| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
|---|---|---|

| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |
|---|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>_X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN<br><br>_X_ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest           Latest<br>May, 2012      June, 2012<br><br>_X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino U.S. Citizen of Mexican national origin. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>10-31-12            Esteban Robledo Jr.<br>Date            Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>Robledo Jr<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>October 31, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

The women complained because they did not feel comfortable to sleep and bathe in an open area with the men, and so they and a few others, including myself were moved to a small rental house. The house did not have the utilities connected at first. There were no beds there, and we had to bring the dirty mattresses from the warehouse. (I slept in one room with my wife, Maria Guadalupe Robledo. My son, Alejandro Robledo, Jaime Cresencio Cantu, Marylu Garcia and Elvia Garcia slept in another two rooms. Jorge Luis Aguilera and Jose Huberto Aguilera, slept in the living room.) However, those of us who were moved to the house were fired and sent home from the job sooner than the other workers who had not been moved. I believe this was retaliation for our complaints to the employers because of the poor way in which we were treated by them.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:

> Angela Graves
> Texas RioGrande Legal Aid, Southern Migrant Legal Services office
> 311 Plus Park Blvd., Suite 135
> Nashville, TN 37217
> (615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

NOV 0 5 2012

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA | |
| _X_ EEOC | 451-2013-00367 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION ___ and EEOC

State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Arturo Sanchez-Botello | (956) 589-4609 | 07/16/1963 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 604 Florence Ln. | Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency
That I believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name (Grower-Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | Appx. 50 | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 102 Spratlin St. | Bruce, MS 38915 | |

| Name (Farm Labor Contractor Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | Appx. 30 | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest   Latest |

_X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN

__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

Earliest: May, 2012  Latest: June, 2012

_X_ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |

NOTARY: KATHLEEN GRIESBACH
EXPIRES

Arturo Sanchez

| 11 2 12 | Arturo Sanchez |
|---|---|
| Date | Charging Party Signature |

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

November 2, 2012

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the number of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

NOV 0 5 2012

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 451-2013-00368 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION    and EEOC
_____
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.)<br>Armando Aguilar | Home Phone (Incl. Area Code)<br>(956) 243-4018 | Date of Birth<br>11/01/1948 |
|---|---|---|
| Street Address<br>16-44 W. Adams | City, State and ZIP Code<br>Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>_X_ RACE  __ COLOR  __ SEX __ RELIGION  _X_ NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest            Latest<br>May, 2012        June, 2012<br><br>_X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>Armando Aguilar |
| _10-31-12_  _Armando Aguilar_<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>October 31, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin.  While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us.  On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing.  There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves.  The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents.  Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin.  They were allowed to take breaks as they wished.  They were provided with a tarp for protection from the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc.  Instead, we were paid by cash.  We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage.  We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful.  We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people.  We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding.  There was no real shower, but only a pipe that had been rigged to use as a make-shift shower.  There were only 2 toilets for everyone, and at times only one was functioning.  The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed.  The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.  The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment.  I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter.  I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

NOV 0 5 2012

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br> X  EEOC | 451–2013–00369 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Jose Luis Rodriguez | (956) 545-8513 | 09/23/1960 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 424 E 10th St | Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name (Grower-Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | Appx. 50 | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 102 Spratlin St. | Bruce, MS 38915 | |

| Name (Farm Labor Contractor Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | Appx. 30 | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  __ COLOR  __ SEX  __ RELIGION  X NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest   Latest<br>May, 2012   June, 2012<br><br>X CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S.  In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10.31.12   Jose Luis Rodriguez<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>31 of October, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though we from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

NOV 0 5 2012

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | __ FEPA<br>X EEOC | 451-2013-00372 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION ___ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr. Ms. Mrs.)*<br>Luis A Jimenez | Home Phone (Incl. Area Code)<br>(956) 238-9977 | Date of Birth<br>05/03/1946 |
|---|---|---|
| Street Address<br>1039 Beaver Lake | City, State and ZIP Code<br>Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>X RACE __ COLOR __ SEX __ RELIGION X NATIONAL ORIGIN<br><br>__ RETALIATION __ AGE __ DISABILITY __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>May, 2012      June, 2012<br><br>X CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>10-24-12      *Luis A Jimenez*<br>Date      Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>*Luis A Jimenez*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>October 24, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected time lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses on the floor, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and 2 stoves and fridges that didn't properly function and were insufficient for those of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA <br> _X_ EEOC | 451-2013-00508 |

2012 NOV 20 A 10 48

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION ___ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) <br> Octavio Martinez | Home Phone (Incl. Area Code) <br> (956) 346-9879 | Date of Birth <br> 09/15/1958 |
|---|---|---|
| Street Address <br> 1443 E Jefferson St. | City, State and ZIP Code <br> Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers) <br> Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members <br> Appx. 50 | Phone No. (Include Area Code) <br> (662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address <br> 102 Spratlin St. | City, State and ZIP Code <br> Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers) <br> Jesus Cervantes & Andres Cervantes | No. Employees, Members <br> Appx. 30 | Phone No. (Include Area Code) <br> (662) 800-4569/800-4564 |
| Street Address <br> 21901 Cedro Dr. | City, State and ZIP Code <br> Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| _X_ RACE __ COLOR __ SEX __ RELIGION _X_ NATIONAL ORIGIN <br><br> __ RETALIATION __ AGE __ DISABILITY __ OTHER (Specify below.) | Earliest <br> May, 2012    Latest <br> June, 2012 <br><br> _X_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV. During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

**See attached addendum page.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 11-19-12    *Date*       *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) <br> November 19, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 451-2013-00585 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION _____ and EEOC

*2012 NOV 29 A 10 15*

_State or local Agency, if any_

| Name (*indicate Mr. Ms. Mrs.*)<br>Lorenzo A Silva | Home Phone (Incl. Area Code)<br>N/A | Date of Birth<br>02/16/1958 |
|---|---|---|
| Street Address<br>P.O. Box 1723 | City, State and ZIP Code<br>Brownsville, TX 78522 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name (Grower-Employers)<br>Lewis M. Bailey III & Lewis M. Bailey IV | No. Employees, Members<br>Appx. 50 | Phone No. (Include Area Code)<br>(662) 414-0821/ 983-5745 |
|---|---|---|
| Street Address<br>102 Spratlin St. | City, State and ZIP Code<br>Bruce, MS 38915 | |
| Name (Farm Labor Contractor Employers)<br>Jesus Cervantes & Andres Cervantes | No. Employees, Members<br>Appx. 30 | Phone No. (Include Area Code)<br>(662) 800-4569/800-4564 |
| Street Address<br>21901 Cedro Dr. | City, State and ZIP Code<br>Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| _X_ RACE  __ COLOR  __ SEX  __ RELIGION  _X_ NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest         Latest<br>May, 2012    June, 2012<br><br>_X_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am a Hispanic/Latino Mexican Citizen and Legal Permanent Resident of the U.S. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

**See attached addendum page.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *11-28-12*                 *Lorenzo Silva*<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>November 28, 2012 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $8/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were just dirty mattresses, with no bedding. There was no real shower, but only two pipes that had been rigged to use as a make-shift shower. There were only 3 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and several stoves and fridges that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

Angela Graves
Texas RioGrande Legal Aid, Southern Migrant Legal Services office
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
(615) 750-1200; agraves@trla.org

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA  X  EEOC | 451–2013–00591 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION     and EEOC |
|---|
| *State or local Agency, if any* |

| Name *(indicate Mr. Ms. Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Heron  Gregorio Alaniz | N/A | 11/28/1932 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 651 N. Dakota | Brownsville, TX 78520 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name (Grower-Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lewis M. Bailey III & Lewis M. Bailey IV | Appx. 50 | (662) 414-0821/ 983-5745 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 102 Spratlin St. | Bruce, MS 38915 | |

| Name (Farm Labor Contractor Employers) | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jesus Cervantes & Andres Cervantes | Appx. 30 | (662) 800-4569/800-4564 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 21901 Cedro Dr. | Edcouch, TX 78538 | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*  X  RACE  __ COLOR  __ SEX  __ RELIGION  X  NATIONAL ORIGIN  __ RETALIATION  __ AGE  __ DISABILITY  __ OTHER *(Specify below.)* | DATE(S) DISCRIMINATION TOOK PLACE  Earliest          Latest  May, 2012        June, 2012   X  CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attached extra sheet(s)):*

I am a Hispanic/Latino Mexican Citizen and a Legal Permanent Resident of the U.S. In early May, 2012, I was recruited by Jesus ("Chuy") Cervantes in Brownsville, TX to migrate to Bruce, Mississippi for temporary agricultural employment, planting sweet potato plants, for Lewis Marshall Bailey III and Lewis Marshall Bailey IV.  During the course of my employment for the Farm Labor Contractor (FLC) Jesus Cervantes, his agent Andres Cervantes, and the sweet potato growers Lewis Marshall Bailey III (a.k.a "Marshall") & Lewis Marshall Bailey IV (a.k.a "Sonny"), I encountered many problems with the working conditions, pay, and migrant housing provided by the employers.

See attached addendum page.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  11-29-12     *Heron Gregorio Alaniz G.*  _____   _____  Date        *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT   *Heron Gregorio Alaniz G.*  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*   11-29-12 |

EEOC Form 5 – Addendum Page

I was part of a group of approximately 30 Hispanic/Latino workers, all of Mexican national origin. While we worked planting sweet potatoes all four of the employers named above would regularly yell at us and verbally harass us. On occasion they would make comments such as: "Mexicans don't know how to work"; "vaya a chingar a su madre" (meaning "go fuck your mother"); and telling us that even children could do a better job than we were doing. There were no portable bathrooms provided until the end of the season and we were often not permitted to take breaks to relieve ourselves. The bosses would yell at us that we couldn't take a break because "time is money," and it was so bad that some of the workers even had accidents. Often we were not allowed to take our lunch break until much later than the expected lunch hour, and they would sometimes give us as little as 15 minutes for our lunch break.

There were other workers of the growers who were not part of our group, and that group was made of local workers, including workers who were not Hispanic/Latino or of Mexican national origin. They were allowed to take breaks as they wished. They were provided with a tarp for protection for the sun, but even though some from our group requested a tarp, we were not given one.

When we were paid, we were expecting to be paid with checks, including withholdings for FICA, SS and Medicare and with paystubs indicating our hours, wages, deductions, etc. Instead, we were paid by cash. We were told we would be paid at $9/hour, but many times Jesus or Andres Cervantes would make unauthorized deductions from our pay, thus decreasing the hourly wage. We believe that the other group of workers was paid by checks and at a rate of $9/hour or higher.

The "housing" provided to us was awful. We expected housing that would meet federal standards but what we got was worse than a jail, and fit more for animals than people. We were taken to a warehouse where there were bunk beds with dirty mattresses, with no bedding. There was no real shower, but only a pipe that had been rigged to use as a make-shift shower. There were only 2 toilets for everyone, and at times only one was functioning. The "bathroom" area and "kitchen" area were both open at the top so sounds and smells from the two areas mixed. The "kitchen" area was also insufficient with only a board set up to be like a table and stove and fridge that didn't properly function and were insufficient for the approximate 30 of us who were housed there.

I believe that I and the other workers were treated in a discriminatory manner because of our race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended. The words and actions of Jesus Cervantes, Andres Cervantes, Lewis Marshall Bailey III, and Lewis Marshall Bailey IV created a hostile work environment. I am filing this charge on behalf of myself and the other workers of my crew who were treated in the same or similar manner.

I am represented by counsel in this matter. I request that any and all communications or correspondence for me be directed to my lawyer:

> Angela Graves
> Texas RioGrande Legal Aid, Southern Migrant Legal Services office
> 311 Plus Park Blvd., Suite 135
> Nashville, TN 37217
> (615) 750-1200; agraves@trla.org